**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE**

| | | |
|---|---|---|
| **RE:** | ) | |
| | ) | |
| **THOMAS D. LEWIS,** | ) | |
| | ) | **CHAPTER 13** |
| | ) | **CASE NO.:09-50568** |
| | ) | |
| **Debtor.** | ) | |

**WITHDRAWAL OF MOTION TO RELEASE FUNDS FROM COURT
DOCKET NUMBER 62**

David H. Jones, Attorney for American Property Locators, Inc. as Attorney In Fact for Santander Consumer USA as assignee of CitiFinancial Auto Corporation, filed a Motion to Release Funds from Court, Docket Number 62, on January 20, 2014.

David H. Jones, Attorney for American Property Locators, Inc. as Attorney In Fact for Santander Consumer USA as assignee of CitiFinancial Auto Corporation, withdraws the Motion to Release Funds from Court, Docket Number 62, filed on January 20, 2014.

Respectfully submitted this 21<u>nd </u>day of <u>January</u>, 2014.

<u>/s/David H. Jones</u>
David H. Jones, BPR #011840
Kennerly, Montgomery & Finley, P.C.
550 Main Street, 4th Floor
Knoxville, TN 37902
Phone:       (865) 546-7311
Fax:          (865) 524-1773

Attorney for American Property Locators, Inc. as Attorney In Fact for Santander Consumer USA as assignee of CitiFinancial Auto Corporation