## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE

In Re:                          )
                                )   Case No. 09-50568
Thomas D. Lewis                 )
                                )   Chapter 13
Debtor(s)                       )

### AFFIDAVIT OF CREDITOR
### REGARDING OWNERSHIP OF ACCOUNT(S)

State of _Texas_        )
                        ) ss.
County of _Dallas_      )

I, Mark McCastlain of Santander Consumer USA as Assignee of CitiFinancial Auto Corporation the undersigned creditor in the above referenced case, being first duly sworn upon oath, states as follows:

1. Greg Griffith of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013, has been granted a power of attorney by Santander Consumer USA, as assignee to submit an Application for Payment from Unclaimed Funds seeking payment of its claim(s) due and owing to Santander Consumer USA as Assignee of CitiFinancial Auto Corporation as a creditor in the above referenced bankruptcy case.

2. CitiFinancial Auto Corporation was the owner of its claim(s) in this bankruptcy case. Santander Consumer USA purchased accounts from CitiFinancial Auto Corporation loan portfolio. This account has been specifically identified by account number and/or vehicle identification number as an account purchased by Santander Consumer USA. Santander Consumer USA as Assignee of CitiFinancial Auto Corporation has reviewed its records and to the best of Santander Consumer USA, as assignee knowledge and belief, the claim(s) amount is currently still due and owing to Santander Consumer USA, as assignee.

3. Santander Consumer USA as Assignee of CitiFinancial Auto Corporation is the owner of this claim(s) and is entitled to the recovery of the distribution/unclaimed funds arising from this claim(s) in this bankruptcy case. A true and correct copy of an excerpt of the assignment(s) of this account(s) is attached.

4. My name, address and telephone number are as follows:

Mark McCastlain
Treasurer
Santander Consumer USA as Assignee of CitiFinancial Auto Corporation
8585 N Stemmons Freeway, Suite 1100-N
Dallas, TX 75247
214-452-5774



EXHIBIT 2

5. Santander Consumer USA, as assignee has neither previously received remittance for its claim(s) nor has it contracted with any other party besides the party named in item one above to recover these funds.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Date: 11-19-13

_____
Santander Consumer USA as Assignee of
CitiFinancial Auto Corporation
8585 N Stemmons Freeway, Suite 1100-N
Dallas, TX 75247

## ACKNOWLEDGMENT

STATE OF TEXAS)

COUNTY OF DALLAS)

Before me a Notary Public, in and for said County and State on this 19 day of November, 2013 personally appeared Mark McCastlain to me known to me to be the identical person who subscribed his/her name to the foregoing instrument as its Treasurer, and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
9-22-2017

_____
Notary Public

DIANA RAMIREZ
Notary Public, State of Texas
My Commission Expires
September 22, 2017